Carl N. WALKER, Administrator of the
Estate of Norbert N. Walker,
Deceased,

v.

The TILLEY LAMP COMPANY, LIM-
ITED, a corporation, et al., Eagle Star
Insurance Group, garnishee, Appellant.

Mary C. FLAVIN, Administratrix of the
Estate of Wilbert F. GRIES,
Deceased,

v.

The TILLEY LAMP COMPANY, LIM-
ITED, a corporation, et al.,
Appellant.

Nos. 71–1752, 71–1753.

United States Court of Appeals,
Third Circuit.

Argued June 9, 1972.

Decided July 6, 1972.
Certiorari Denied Oct. 10, 1972.
See 93 S.Ct. 130.

Thomas F. Weis, Weis & Weis, Daniel
J. Weis, Pittsburgh, Pa., for appellant.

Jerry B. Landis, Robert A. Cohen,
Pittsburgh, Pa., for appellees.

Before HASTIE, GIBBONS and MAX
ROSENN, Circuit Judges.

## OPINION OF THE COURT

PER CURIAM:

This appeal challenges as an abuse of
discretion the refusal of the trial judge
to vacate a default entered against a gar-
nishee as a result of its failure for 43
days to answer Interrogatories in At-
tachment despite the requirement of law
that answer be filed within twenty days.

Rule 55(c), Federal Rules of Civil
Procedure, under which appellant sought
relief, authorizes a District Court "[f]or
good cause shown . . . [to] set
aside an entry of default." Moreover, as
the court below observed in this case,
trial of the merits of a claim is prefera-
ble to disposition by default. However,
on the present record we cannot say that
the District Court acted arbitrarily or
unfairly in refusing to vacate the de-
fault.

The judgment entered pursuant to de-
fault will be affirmed.